# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

GUSTAVO PENALOZA-ORNELAS

CR 08 0418 MHP

DEFENDANT.

---

## INDICTMENT

Title 8, U.S.C. § 1326 - Illegal Reentry Following Deportation

---

*Indict*

A true bill.

_____
Foreman

Filed in open court this __26__ day of _June_ 2008

_____
Clerk

Bail, $ No bail warrant to issue

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

8 U.S.C. 1326 - Illegal re-entry into the United States by a previously deported alien

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

20 years prison, $250,000 fine, 3 years supervised release
$100 special assessment

E-filing

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

**DEFENDANT - U.S.**
▶ Gustavo Penaloza-Ornelas

**DISTRICT COURT NUMBER**
CR 08 0418

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
Immigration & Customs Enforcement, Deportation Officer Polly Kaiser

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Owen P. Martikan

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ ICE Admin. Custody     Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | E-filing |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: |
| --- | --- |
| Plaintiff, | ) CR 08 0418 |
| | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 -- Illegal |
| | ) Reentry Following Deportation |
| | ) |
| GUSTAVO PENALOZA-ORNELAS, | ) SAN FRANCISCO VENUE |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about August 25, 2004, and November 21, 2006, the defendant,

GUSTAVO PENALOZA-ORNELAS,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about April 10, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-

//

//

INDICTMENT

1 | application by the defendant for admission into the United States, in violation of Title 8, United
2 | States Code, Section 1326.

5 | DATED:
6 | 6-26-08

A TRUE BILL.

FOREPERSON

9 | JOSEPH P. RUSSONIELLO
United States Attorney

12 | KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

16 | (Approved as to form: )
AUSA MARTIKAN

INDICTMENT                    2