**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 4, 2008

Case No.   CR 08-0418  MHP            Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- GUSTAVO PENALOZA-ORNELAS (SP)(c):

Attorneys:   Plf: Owen Martiken
             Dft: Jodi Linker

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 9/22/2008 at 10:00 am for change of plea hearing;

Matter referred to USPO for a pre-plea report;

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 4, 2008

Case No.  CR 08-0418  MHP			Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- GUSTAVO PENALOZA-ORNELAS (SP)(c):

Attorneys:	Plf: Owen Martiken
		Dft: Jodi Linker

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 9/22/2008 at 10:00 am for change of plea hearing;

Matter referred to USPO for a pre-plea report;