1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )   No.: CR 08-0418 MHP
14 |                                  )
15 |         Plaintiff,                )   STIPULATION AND [PROPOSED]
   |                                  )   ORDER EXCLUDING TIME
16 |    v.                             )
   |                                  )
17 | GUSTAVO PENALOZA-ORNELAS,        )
   |                                  )
18 |                                  )
   |         Defendant.                )
19 |_____)

20

21  On August 4, 2008, the parties in this case appeared before the Court for a status conference.
22  The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial
23  Act calculations from August 4, 2008, through September 22, 2008, for effective preparation of
24  defense counsel. The parties represented that granting the continuance was the reasonable time
25  necessary for effective preparation of defense counsel, taking into account the exercise of due
26  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice
27  served by granting such a continuance outweighed the best interests of the public and the
28  //

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0418 MHP

1 | defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2 | SO STIPULATED:

3 | DATED: 3/5/08                    JOSEPH P. RUSSONIELLO

                                    _____
                                    OWEN P. MARTIKAN
                                    Attorneys for the United States

8 | DATED: 8/4/08                   BARRY J. PORTMAN

                                    _____
                                    JODI LINKER
                                    Attorneys for Defendant

### [PROPOSED] ORDER

As the Court found on August 4, 2008, and for the reasons stated above, an exclusion of time from August 4, 2008, through September 22, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 8/6/08                        _____
                                     HON. MARILYN HALL PATEL
                                     United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0418 MHP